# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT AGUDO (1) AND JOSE AGUDO (2),<br><br>Defendants. | Case No.: 22-CR-00041-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

The plaintiff, United States of America, by and through its counsel Randy S. Grossman, United States Attorney, and Christopher Beeler, Assistant U.S. Attorney; Albert Agudo, by and through his counsel, Francisco Sanchez; and Jose Agudo, by and through his counsel, Martin Molina, have filed a joint motion to continue the April 22 , 2022 Motion Hearing and Trial Setting.

Good cause shown, the Court grants the motion and resets the Motion Hearing and Trial Setting for June 17, 2022 at 1:30 PM. Time is excluded between the date of this order and June 17, 2022 in the interests of justice because the absence of a continuance could result in a miscarriage of justice and the potential outcome of this matter outweighs the interest to the public and Defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(i).

**IT IS SO ORDERED.**

Dated: 04/18/2022

HON. JANIS L. SAMMARTINO
United States District Judge